IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CRIMINAL NO. 3:05CR277

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>VS. )<br>)<br>)<br>FIVE STAR AUTO MALL, INC. )<br>MONROE AUTO MALL, INC. )<br>SOUTH BOULEVARD AUTO )<br>MALL, INC. )<br>_____) | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court on the Government's motion to dismiss the indictment herein as to the captioned Defendants only.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion to dismiss is **ALLOWED**, and the indictment herein is hereby **DISMISSED WITHOUT PREJUDICE** only as to the Defendants Five Star Auto Mall, Inc., Monroe Auto Mall, Inc., and South Boulevard Auto Mall, Inc.

Signed: March 21, 2006

Lacy H. Thornburg
United States District Judge